CAMPBELL, Appellant, v. MOSKOWITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by John J. Campbell against Henry Moskowitz and others. W. E. Murphy, of New York City, for appellant. T. Farley, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CAMPULLU, Respondent, v. BRADLEY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by Francesco Campullu against the Bradley Contracting Company. F. L. C. Keating, of New York City, for appellant. I. Wels, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., and McLAUGHLIN, J., dissent.

CAREY, Respondent, v. BROOKLYN EASTERN DIST. TERMINAL, Appellant. (Supreme Court, Appellate Division, Second Department. November 12, 1915.) Action by Elsie Carey, as administratrix, etc., of Joseph Carey, deceased, against the Brooklyn Eastern District Terminal. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that under the Labor Law (Consol. Laws, c. 31), the notice served is insufficient, on authority of Simpson v. Foundation Co., 201 N. Y. 479, 95 N. E. 10, Ann. Cas. 1912B, 321.

CARLTON ILLUSTRATORS, Inc., v. AMERICAN LOCOMOTIVE CO. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by the Carlton Illustrators, Incorporated, against the American Locomotive Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1018.

CAROCCIO, Respondent, v. SHULTS BREAD CO., Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1915.) Action by Maria L. Caroccio, as administratrix, against the Shults Bread Company. W. Butler, of New York City, for appellant. C. G. F. Wahle, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CARPENTER, Respondent, v. KENSICO CEMETERY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Orlando T. Carpenter, as administrator, against the Kensico Cemetery, impleaded with others. A. H. Favour, of New York City, for appellant. J. Dunne, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. Order filed.

CARR, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 22, 1915.) Action by Stanley N. Carr, as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Judgment and order affirmed, with costs.

CARROLL, Respondent, v. KNICKERBOCKER ICE CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) In the matter of the claim of Bridget Carroll for compensation for herself and children for the death of Myles Carroll, under the Workmen's Compensation Law (Consol. Laws, c. 67), against the Knickerbocker Ice Company, employer. No opinion. Motion granted. Question certified: "Upon the record is the claimant entitled to an award?" See, also, 155 N. Y. Supp. 1.

CATERINO v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Giuseppe Caterino against the Third Avenue Railroad Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

C. C. DUNCAN CO., Inc., Respondent, v. HEMSLEY & CO., Limited, et al., Appellants. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by the C. C. Duncan Company, Incorporated, against Hemsley & Co., Limited, and others. M. Mayer, of New York City, for appellants. W. C. Low, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re CECIRE. (Supreme Court, Appellate Division, First Department. November 5, 1915.) In the matter of Bernard F. Cecire. No opinion. Referee's report approved, and proceeding dismissed. Settle order on notice. See, also, 160 App. Div. 891, 144 N. Y. Supp. 1109.

CHAPMAN, Respondent, v. CLARK, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by Arthur L. Chapman, as trustee, etc., against Asa D. Clark, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

CHARTERED CO. OF LOWER CALIFORNIA, Appellant, v. ROWLETTE, Respondent. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by the Chartered Company of Lower California against Thomas M. Rowlette. O. B. Bergstrom, of New York City, for appellant. F. H. Wadsworth, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 1114.

CHATILLON, Respondent, v. CO-OPERATIVE APARTMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Dorothy P. Chatillon against the Co-operative Apartment Company. Campbell & Boland, of New